IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN MOFIELD,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant.<br>_____/ | No. 06-cv-01007 OWW TAG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS ON PLAINTIFF'S SOCIAL SECURITY COMPLAINT (Doc. 20)<br><br>ORDER DIRECTING THE CLERK TO ENTER JUDGMENT FOR DEFENDANT MICHAEL J. ASTRUE AND AGAINST PLAINTIFF GLEN MOFIELD AND TO CLOSE THIS MATTER |

       Plaintiff Glen Mofield ("Plaintiff"), through counsel, filed a complaint seeking judicial review of an administrative decision denying his claim for disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. § 401 et seq. (Doc. 2). The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C.§ 636(b) and Local Rule 72-302(c)(15).

       On January 25, 2008, the Magistrate Judge filed Findings and Recommendations which were served on the parties and contained notice that any objections to the Findings and Recommendations were to be filed within fifteen (15) days of the date of service. (Doc. 20). The parties have not filed any objections.

       In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), Federal Rule of Civil Procedure 72(b), and Local Rule 72-304, this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations filed on January 25, 2008, to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed January 25, 2008 (Doc. 20), are ADOPTED IN FULL; and

2. The Plaintiff's Social Security complaint is DENIED; and

3. The Clerk of Court is DIRECTED to enter judgment for Defendant Michael J. Astrue; and against Plaintiff Glen Mofield, and to close this action

IT IS SO ORDERED.

**Dated:   February 12, 2008**                                /s/ Oliver W. Wanger
                                                                                  UNITED STATES DISTRICT JUDGE